■ (A) In the Matter of JOHN J. STANTON v. LAWRENCE E. GEROSA, as Comptroller of the City of New York. Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ. (B) CHARLES KOCH v. OTIS ELEVATOR COMPANY. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ. (C) In the Matter of the Arbitration between GRAYSON-ROBINSON STORES, INC., et al., and IRIS CONSTRUCTION CORP.— [In each action] Motion for leave to appeal to the Court

of Appeals denied, with $10 costs. Concur—Valente, J. P., McNally, Eager, Steuer and Bergan, JJ.